United States District Court
Southern District of Texas
**ENTERED**
May 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C. A. NO. 4:22-CV-04251 |
| | § | |
| CIRCLE K STORES INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ON JOINT STIPULATION OF DISMISSAL**

Pending before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. After considering the stipulation, the Court is of the opinion that it should be GRANTED.

It is, therefore, ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice is **GRANTED**, and all of Plaintiff Paul White's claims against Defendant Circle K Stores Inc. are hereby DISMISSED WITH PREJUDICE. All costs shall be taxed against the party incurring the same.

**SO ORDERED,** this   31st   day of   May   2024.


_____
UNITED STATES DISTRICT JUDGE